```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 17685
   ALAN R. MCGAHA SR
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3794


-----------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/09/08 .

   2.   The case was dismissed without confirmation, 12/05/2008.

   3.   The Debtor paid a total of $   6140.00 .

   4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST         PRINCIPAL
                                                          PAID             PAID
-----------------------------------------------------------------
OPTION ONE MORTGAGE CO   CURRENT MORTG        .00            .00              .00
OPTION ONE MORTGAGE CO   MORTGAGE ARRE  NOT FILED            .00              .00
FIRST FRANKLIN LOAN SRVS CURRENT MORTG        .00            .00              .00
FIRST FRANKLIN LOAN SRVS MORTGAGE ARRE  NOT FILED            .00              .00
WILL COUNTY TREASURER    SECURED        NOT FILED            .00              .00
CITY OF CHICAGO WATER DE SECURED        NOT FILED            .00              .00
ARROW FINANCIAL SERVICES UNSECURED      NOT FILED            .00              .00
CARDIOLOGY ASS OF NORTHE UNSECURED      NOT FILED            .00              .00
THE CHICAGO DEPT OF REVE UNSECURED      NOT FILED            .00              .00
COMED                    UNSECURED      NOT FILED            .00              .00
FLORIDA HOSPITAL         UNSECURED      NOT FILED            .00              .00
LOU HARRIS               UNSECURED      NOT FILED            .00              .00
KCA FINANCIAL SERVICE    UNSECURED      NOT FILED            .00              .00
NICOR GAS                UNSECURED      NOT FILED            .00              .00
PEOPLES ENERGY           UNSECURED      NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED      NOT FILED            .00              .00
          Summary of disbursements:
-----------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED     OTHER           TOTAL

TOTAL CLMS ALLOWED      .00        .00         .00         .00             .00
PRINCIPAL PAID          .00        .00         .00         .00             .00
INTEREST PAID           .00        .00         .00         .00             .00
TOTAL PAID              .00        .00         .00         .00             .00
The Debtor's attorney, NELLA E MARIANI              , was allowed $   3500.00
and was paid $   1000.00   direct and $   2500.00  through the plan.

The Trustee received $    139.92 .

Refunds to the Debtor totaled $   3500.08 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE











                              PAGE   2
        CASE NO. 08 B 17685 ALAN R. MCGAHA SR